ABRAHAM S. KARASICK, Respondent, v. HARRY SCHOPBACK, President of the Funeral Chauffeurs Local 643 of the International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers of America, and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SOUND REALTY COMPANY, Petitioner, against GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Defendant. WILLIAM C. CHANLER, as Corporation Counsel of the City of New York, Appellant; SOUND REALTY COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon and Untermyer, JJ.

DOROTHY C. BARTON, Respondent, v. CLIFFORD FRANK BARTON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See post, p. 958.]

In the Matter of the Application of SAMUEL BASKIN, Appellant, for an Order against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Another, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of J. RICH STEERS, INC., Petitioner, Appellant, for an Order Summarily Vacating, Cancelling and Discharging of Record Two Alleged Notices of Lien Dated July 6, 1939, and June 3, 1939, and Both Filed by NEW HAVEN ROAD CONSTRUCTION CO., INC., Lienor and Claimant, Respondent, against Moneys Due and to Become Due on a Certain Contract between the Department of Parks of the City of New York and STANDARD DREDGING CORP., Known as Contract No. S.S.38–2 and Dated November 22, 1938, for Grading Embankment and Riprap on Shore Parkway from Fort Hamilton Parkway to Bay Parkway to Gravesend Bay, Borough of Brooklyn. (Appeal No. 1.) In the Matter of the Mechanic's Lien Claimed by NEW HAVEN ROAD CONSTRUCTION CO., INC., Lienor, Respondent, against the Moneys Due and to Become Due to STANDARD DREDGING CORP., Contractor with the Department of Parks of the City of New York. J. RICH STEERS, INC., Appellant. (Appeal No. 2.) — Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. EAGLE INDEMNITY COMPANY, Claimant, Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, etc., Respondent. Claim No. C. B. 3149. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NICHOLAS KATSORIS and NICHOLAS LEKAS, Respondents, v. LOUIS S. LEWIS, Appellant, and JAMES MADISON BLACKWELL, Defendant, as Trustees under a Voting Trust Agreement Dated March 1, 1937.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.